**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **RICKY LEE STUART,** | ) | NO. ED CV 13-02290-VBF-AGR |
| **Plaintiff,** | ) | |
| v. | ) | **RULE 58 JUDGMENT** |
| DEPUTY HUGHES, | ) | |
| Defendant. | ) | |

Final judgment is entered in favor of defendant Deputy Hughes and against plaintiff Ricky Lee Stuart.

DATED: May 22, 2014

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE